NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANDRE TREMAYNE HODGE,              )
                                   )
    Appellant,                     )
                                   )
v.                                 )          Case No. 2D17-1389
                                   )
STATE OF FLORIDA,                  )
                                   )
    Appellee.                      )
_____ )

Opinion filed November 7, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Andre Tremayne Hodge, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

        Affirmed.

LaROSE, C.J., and NORTHCUTT and ROTHSTEIN-YOUAKIM, JJ., Concur.